Filed 10/5/16  P. v. Peters CA1/4

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>REGGIE PETERS,<br><br>        Defendant and Appellant. | A148121<br><br>(Alameda County<br>Super. Ct. No. 160205) |

Appellant Reggie Peters appeals from the denial of a petition for writ of error coram nobis.  Appellant's counsel has filed an opening brief in which no issues are raised, and asks this court for an independent review of the record as required by *People v. Wende* (1979) 25 Cal.3d 436.  Counsel has declared that appellant has been notified that no issues were being raised by counsel on appeal, and that an independent review under *Wende* instead was being requested.  Appellant was also advised of his right personally to file a supplemental brief raising any issues he chooses to bring to this court's attention.  No supplemental brief has been filed by appellant personally.

While the denial of appellant's petition is appealable (*People v. Gallardo* (2000) 77 Cal.App.4th 971, 982), the *Wende* procedure is not available in an appeal from a postjudgment petition.  (*People v. Serrano* (2012) 211 Cal.App.4th 496, 501, rev. denied.)

**DISPOSITION**

The appeal is dismissed.

_____

RUVOLO, P. J.

We concur:


_____

REARDON, J.


_____

RIVERA, J.

A148121, *People v. Peters*